UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

Eastern District of Kentucky
FILED

JUL 2 8 2026

AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

CRIMINAL ACTION NO. **6:26-CR-100-SCM**

UNITED STATES OF AMERICA                                    PLAINTIFF

V.              **MOTION OF UNITED STATES TO
                UNSEAL INDICTMENT AND PLEADINGS**

ANDREW D. LEWIS
                                                           DEFENDANT

\*   \*   \*   \*   \*

The United States moves to unseal the indictment and other pleadings as to the above-named defendant sealed by the Order of July 24, 2026.

Respectfully submitted,

JASON D. PARMAN
FIRST ASSISTANT
UNITED STATES ATTORNEY

By: _Kelly Ridings for_
Justin E. Blankenship
Assistant United States Attorney
601 Meyers Baker Rd. Suite 200
London, Kentucky 40741
(606) 330-4829
justin.blankenship2@usdoj.gov