# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
### SOUTHERN DIVISION
### LONDON

**CRIMINAL ACTION NO. 6:26-CR-100-SCM**

**UNITED STATES OF AMERICA**                                              **PLAINTIFF**


**V.**          **ORDER UNSEALING INDICTMENT AND PLEADINGS**


**ANDREW D. LEWIS**                                                         **DEFENDANT**

\* \* \* \* \*

The Court ORDERS that the motion of the United States to unseal is GRANTED, and the indictment and other pleadings sealed by the Order of July 24, 2026, are UNSEALED, as to the above-named defendant.

On this _____ day of _____, 2026.


_____
MAGISTRATE JUDGE


Copy:  Justin E. Blankenship, Assistant United States Attorney